192 F.3d 1308 (9th Cir. 1999)
 DANIEL J. BERNSTEIN, Plaintiff-Appellee,
v.
UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES DEPARTMENT OF COMMERCE; DEPARTMENT OF STATE; UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES ARMS CONTROL AND DISARMAMENT AGENCY; NATIONAL SECURITY AGENCY; UNITED STATES DEPARTMENT OF
ENERGY; CENTRAL INTELLIGENCE AGENCY; MADELINE E. ALBRIGHT, United States Secretary of State; WILLIAM M. DALEY, United States Secretary of Commerce; WILLIAM COHEN, United States Secretary of Defense; KENNETH A. MINIHAN, Director, United States National Security Agency; JOHN B. HOLUM, Director, United States Arms Control and Disarmament Agency; WILLIAM G. ROBINSON; GARY M. ONCALE; AMBASSADOR MICHAEL NEWLIN; CHARLES RAY; MARK KORO; GREG STARK; Defendants-Appellants.
 No. 97-16686
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Filed September 30, 1999
 
 HUG, Chief Judge:
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion, Bernstein v. U.S. Dept. of Justice, 176 F.3d 1132 (9th Cir. 1999), is withdrawn.